# United States Court of Appeals
## For the First Circuit

No. 22-1833

KWESI ABLORDEPPEY,

Plaintiff, Appellant,

v.

BENNETT WALSH; DAVID CLINTON; VANESSA LAUZIERE; VANESSA
GOSSELIN; CELESTE SURREIRA,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on October 25, 2023, is amended as follows:

On page 13, line 23, replace "reassure" with "bolster".

On page 14, line 22, replace "administrating" with "administering".